## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| REBEKA STOWELL et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:22-Cv- |
| | § | 04351 |
| THE BOARD OF REGENTS OF | § | |
| THE UNIVERSITY OF HOUSTON | § | |
| SYSTEM | § | |
| et al., | § | |
| *Defendants*. | | |

## DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL COMPLAINT AND AFFIRMATIVE DEFENSES

Come now Defendants, the Board of Regents of the University of Houston System ("UHS") and Renu Khator in her official capacity as Chancellor of UHS (collectively referred to as "Defendants"), by and through the undersigned Assistant Attorney General, and files this Original Answer to Plaintiffs' Original Complaint and Affirmative Defenses. Defendants deny each and every allegation contained in Plaintiffs' Original Complaint except for those expressly admitted below.

## JURISDICTION AND PARTIES

1. Paragraph 1 states a legal conclusion to which no response is required. To the extent a response is required, Defendants have insufficient information to admit or deny what type of action has been brought.

2. Paragraph 2 states a legal conclusion to which no response is required. To the extent a response is required, Defendants admit the Property is located in the

Southern District of Texas, City of Houston.

3.    Defendants have insufficient information to admit or deny the allegation in Paragraph 3 of Plaintiffs' Original Complaint.

4.    Defendants have insufficient information to admit or deny the allegations in Paragraph 4 of Plaintiffs' Original Complaint.

5.    Defendants have insufficient information to admit or deny the allegation in Paragraph 5 of Plaintiffs' Original Complaint.

6.    Defendants have insufficient information to admit or deny the allegation in Paragraph 6 of Plaintiffs' Original Complaint.

7.    Defendants have insufficient information to admit or deny the allegation in Paragraph 7 of Plaintiffs' Original Complaint.

8.    Defendants admit the allegations of Paragraph 8 of Plaintiffs' Original Complaint.

9.    Defendants admit the allegations of Paragraph 9 of Plaintiffs' Original Complaint to the extent it alleges that the "organization and control of the university is vested in a board of nine regents." TEX. EDUC. CODE § 111.11. Defendants deny the allegations of Paragraph 9 to the extent Plaintiffs allege the Board of Regents has ownership of UHS.

10.    Defendants admit that Dr. Renu Khator is the Chancellor of the University of Houston System and President of the University of Houston ("UH") main campus. Defendants deny the characterization of Dr. Khator's responsibilities. Pursuant to

Section 111.18 of the Texas Education Code, Dr. Khator, as president of UH, is "responsible to the board for the general management and success of the university." TEX. EDUC. CODE § 111.18. Defendants do not have sufficient information to admit or deny the remaining allegations in Paragraph 10 of Plaintiffs' Original Complaint.

11.   Defendants deny the allegations contained in Paragraph 11 of Plaintiffs' Original Complaint to the extent these allege the Board has any ownership over UH. Defendants further deny that UH is located "in downtown Houston."

12.   Admitted as to the allegation that UHS is responsible for compliance with the ADA and Rehabilitation Act as it applies to public institutions of higher education like UH. Otherwise, Defendants deny the allegations in Paragraph 12 of Plaintiffs' Original Complaint.

13.   Defendants admit the allegations of Paragraph 13 of Plaintiffs' Original Complaint.

14.   Defendants admit the allegations of Paragraph 14 of Plaintiffs' Original Complaint.

15.   Defendants admit the allegations of Paragraph 15 of Plaintiffs' Original Complaint as it relates to where Plaintiffs reside on campus at UH. Otherwise, Defendants lack sufficient information to admit or deny the allegations of Paragraph 15.

16.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 16 of Plaintiffs' Original Complaint.

17.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 17 of Plaintiffs' Original Complaint.

18.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 18 of Plaintiffs' Original Complaint.

19.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 19 of Plaintiffs' Original Complaint.

20.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 20 of Plaintiffs' Original Complaint.

21.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 21 of Plaintiffs' Original Complaint

22.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 22 of Plaintiffs' Original Complaint.

23.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 23 of Plaintiffs' Original Complaint.

24.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 24 of Plaintiffs' Original Complaint.

25.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 25 of Plaintiffs' Original Complaint.

26.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 26 of Plaintiffs' Original Complaint.

27.   Defendants deny the allegations of Paragraph 27.

4

28.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 28 of Plaintiffs' Original Complaint.

29.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 29 of Plaintiffs' Original Complaint.

30.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 30 of Plaintiffs' Original Complaint.

31.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 31 of Plaintiffs' Original Complaint.

32.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 32 of Plaintiffs' Original Complaint.

33.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 33 of Plaintiffs' Original Complaint.

34.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 34 of Plaintiffs' Original Complaint.

35.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 35 of Plaintiffs' Original Complaint.

36.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 36 of Plaintiffs' Original Complaint.

37.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 37 of Plaintiffs' Original Complaint.

38.   Defendants lack sufficient information to admit or deny the allegations of

Paragraph 38 of Plaintiffs' Original Complaint.

39.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 39 of Plaintiffs' Original Complaint.

40.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 40 of Plaintiffs' Original Complaint.

41.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 41 of Plaintiffs' Original Complaint.

42.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 42 of Plaintiffs' Original Complaint.

43.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 43 of Plaintiffs' Original Complaint.

44.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 44 of Plaintiffs' Original Complaint.

45.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 45 of Plaintiffs' Original Complaint.

46.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 46 of Plaintiffs' Original Complaint.

47.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 47 of Plaintiffs' Original Complaint.

48.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 48 of Plaintiffs' Original Complaint.

49.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 49 of Plaintiffs' Original Complaint.

50.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 50 of Plaintiffs' Original Complaint.

51.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 51 of Plaintiffs' Original Complaint.

52.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 52 of Plaintiffs' Original Complaint.

53.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 53 of Plaintiffs' Original Complaint.

54.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 54 of Plaintiffs' Original Complaint.

55.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 55 of Plaintiffs' Original Complaint.

56.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 56 of Plaintiffs' Original Complaint.

57.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 57 of Plaintiffs' Original Complaint.

58.   Defendants deny the allegations in Paragraph 58 of Plaintiffs' Original Complaint.

59.   Defendants lack sufficient information to admit or deny the allegations of

Paragraph 59 of Plaintiffs' Original Complaint and its subparts.

60.  Defendants admit the allegations of Paragraph 60 of Plaintiffs' Original Complaint.

61.  Defendants admit the allegations of Paragraph 61 of Plaintiffs' Original Complaint.

62.  Defendants lack sufficient information to admit or deny the allegations of Paragraph 62 of Plaintiffs' Original Complaint.

63.  Defendants lack sufficient information to admit or deny the allegations of Paragraph 63 of Plaintiffs' Original Complaint.

64.  Defendants lack sufficient information to admit or deny the allegations of Paragraph 64 of Plaintiffs' Original Complaint.

65.  Defendants lack sufficient information to admit or deny the allegations of Paragraph 65 of Plaintiffs' Original Complaint.

66.  Defendants lack sufficient information to admit or deny the allegations of Paragraph 66 of Plaintiffs' Original Complaint.

67.  Defendants lack sufficient information to admit or deny the allegations of Paragraph 67 of Plaintiffs' Original Complaint.

68.  Defendants lack sufficient information to admit or deny the allegations of Paragraph 68 of Plaintiffs' Original Complaint.

69.  Defendants deny the allegations of Paragraph 69 of Plaintiffs' Original Complaint.

70.   Defendants admit the allegations of Paragraph 70 of Plaintiffs' Original Complaint.

71.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 71 of Plaintiffs' Original Complaint.

72.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 72 of Plaintiffs' Original Complaint.

73.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 73 of Plaintiffs' Original Complaint.

74.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 74 of Plaintiffs' Original Complaint.

75.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 75 of Plaintiffs' Original Complaint.

76.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 76 of Plaintiffs' Original Complaint.

77.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 77 of Plaintiffs' Original Complaint.

78.   Defendants deny the allegations of Paragraph 18 of Plaintiffs' Original Complaint.

79.   Defendants hereby incorporate by reference as though fully set forth herein Defendants' answers and responses to the allegations set forth in Paragraphs 1 through78  of Plaintiffs' Original Complaint.

9

80.   Defendants deny the allegations of Paragraph 80 of Plaintiffs' Original Complaint.

81.   Defendants admit that UH is "a university of higher education." The remainder of Plaintiffs' allegations in Paragraph 81 are opinion statements about which Defendants lack sufficient information to admit or deny.

82.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 82 of Plaintiffs' Original Complaint.

83.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 83 of Plaintiffs' Original Complaint.

84.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 84 of Plaintiffs' Original Complaint.

85.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 85 of Plaintiffs' Original Complaint.

86.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 86 of Plaintiffs' Original Complaint.

87.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 87 of Plaintiffs' Original Complaint.

88.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 88 of Plaintiffs' Original Complaint.

89.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 89 of Plaintiffs' Original Complaint.

90.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 90 of Plaintiffs' Original Complaint.

91.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 91 of Plaintiffs' Original Complaint.

92.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 92 of Plaintiffs' Original Complaint.

93.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 93 of Plaintiffs' Original Complaint.

94.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 94 of Plaintiffs' Original Complaint.

95.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 95 of Plaintiffs' Original Complaint.

96.   Defendants deny the allegations of Paragraph 96 of Plaintiffs' Original Complaint.

97.   Defendants deny the allegations of Paragraph 97 of Plaintiffs' Original Complaint and its subparts.

98.   Defendants lack sufficient information to admit or deny the allegations of Paragraph 98 (a-b) of Plaintiffs' Original Complaint.

99.   Defendants deny the allegations of Paragraph 99 of Plaintiffs' Original Complaint.

100. Defendants deny the allegations of Paragraph 100 of Plaintiffs' Original

Complaint.

101. Defendants deny the allegations of Paragraph 101 of Plaintiffs' Original Complaint.

102. Defendants deny the allegations of Paragraph 102 of Plaintiffs' Original Complaint.

103. Defendants deny the allegations of Paragraph 103 of Plaintiffs' Original Complaint.

104. Defendants deny the allegations of Paragraph 104 of Plaintiffs' original Complaint.

105. Defendants lack sufficient information to admit or deny the allegations of Paragraph 105 of Plaintiffs' Original Complaint.

106. Paragraph 106 states a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations of Paragraph 106.

107. Paragraph 107 states a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations of Paragraph 107 of Plaintiffs' Original Complaint.

108. Defendants deny the allegations of Paragraph 108 of Plaintiffs' Original Complaint.

109. Defendants deny the allegations of Paragraph 109 of Plaintiffs' Original Complaint.

110. Defendants deny the allegations of Paragraph 110 of Plaintiffs' Original

Complaint.

111. Paragraph 107 states a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations of Paragraph 111 of Plaintiffs' Original Complaint.

112. Paragraph 112 states a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations of Paragraph 112 of Plaintiffs' Original Complaint.

113. Defendants deny the allegations of Paragraph 113 of Plaintiffs' Original Complaint.

114. Defendants deny the allegations of Paragraph 114 of Plaintiffs' Original Complaint.

115. Defendants admit the quoted language is found in the statute cited in Paragraph 115 of Plaintiffs' Original Complaint. Defendants deny that Plaintiffs are entitled to any remedies under this chapter or that they have been the subject of discrimination.

116. Defendants deny the allegations of Paragraph 116 of Plaintiffs' Original Complaint. Further, Defendants do not believe Plaintiffs are entitled to an injunction or any other relief sought in this lawsuit.

117. Defendants admit the quoted language is found in the statute cited in Paragraph 117 of Plaintiffs' Original Complaint. Defendants deny the allegation that the provision has been violated in any way or manner.

13

118. Paragraph 118 states a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations of Paragraph 118 of Plaintiffs' Original Complaint.

119. Defendants deny the allegations of Paragraph 119 of Plaintiffs' Original Complaint.

120. Defendants deny the allegations of Paragraph 120 of Plaintiffs' Original Complaint.

121. Defendants deny the allegations of Paragraph 121 of Plaintiffs' Original Complaint. To the extent Paragraph 121 includes Plaintiffs' demand for an injunction, Defendants deny such a remedy is warranted.

122. Defendants deny that Plaintiffs are entitled to recover attorney's fees, costs, litigation expenses, or any other remedy alleged in Paragraph 122 of Plaintiffs' Original Complaint.

123. Defendants deny Paragraph 123 of Plaintiffs' Original Complaint.

124. Paragraph 124 of Plaintiffs' Original Complaint contains a legal conclusion that does not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 124.

125. Defendants hereby incorporate by reference as though fully set forth herein Defendants' answers and responses to the allegations set forth in Paragraphs 1 through 124 of Plaintiffs' Original Complaint.

126. Defendants lack sufficient information to admit or deny the allegations of

Paragraph 126 of Plaintiffs' Original Complaint.

127. Defendants admit Paragraph 127 of Plaintiffs' Original Complaint quotes the cited statute. Defendants deny there has been any violation of the statute or that Plaintiffs are entitled to any remedy alleged in this lawsuit.

128. Defendants deny the allegations of Paragraph 128 of Plaintiffs' Original Complaint.

129. Defendants deny the allegations of Paragraph 129 of Plaintiffs' Original Complaint.

130. Defendants deny the allegations of Paragraph 130 of Plaintiffs' Original Complaint and each of its subparts.

131. Defendants deny that Plaintiffs are entitled to the relief demanded in Paragraph 131 of Plaintiffs' Original Complaint.

132. Defendants deny the allegations of Paragraph 132 of Plaintiffs' Original Complaint.

133. Defendants admit the quoted text in Paragraph 133 of Plaintiffs' Original Complaint is found on a UH website.

134. Defendants admit the quoted text in Paragraph 134 of Plaintiffs' Original Complaint is found on a UH website.

135. Paragraph 135 contains a legal conclusion that does not require a response. Defendants otherwise deny the allegations in Paragraph 135 of Plaintiff's Original Complaint.

136. Defendants lack sufficient information to admit or deny the allegations of Paragraph 136 of Plaintiffs' Original Complaint.

137. Paragraph 137 contains a legal conclusion that does not require a response. Defendants otherwise deny that Plaintiffs are entitled to any damages.

138. Paragraph 138 states a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations of Paragraph 138 of Plaintiffs' Original complaint.

139. Paragraph 139 contains a legal conclusion that does not require a response. Defendants otherwise deny the allegations contained in Paragraph 139 of Plaintiff's Original Complaint.

140. Paragraph 140 contains legal conclusions that do not require a response. Defendants deny that Plaintiffs are entitled to any relief in this lawsuit.

141. Paragraph 141 contains legal conclusions that do not require a response. Defendants deny that Plaintiffs are entitled to any relief in this lawsuit.

## JURY DEMAND

Defendants demand a trial by jury.

## IX.   PRAYER

Defendants deny that Plaintiffs are entitled to the relief requested in their prayer for relief.

## AFFIRMATIVE DEFENSES

1.   Defendants would show sovereign immunity and the Eleventh Amendment

bar any and all of Plaintiffs' claims to which those defenses may apply.

2.  Defendants would show Plaintiffs' claims are barred by the applicable statute of limitations period to the extent they rely on any events or barriers experienced outside the statute of limitations period and to the extent Plaintiffs failed to timely file their lawsuit.

3.  Defendants would show that at all times Defendants took reasonable steps to prevent and promptly address concerns and comply with any obligations under the relevant Acts.

4.  Defendants would show Plaintiffs lack standing to bring suit about alleged barriers or events that did not affect them or are in locations the Plaintiffs have never accessed.

5.  Defendants would show that at all times relevant to this cause, Defendants' actions were reasonable and proper under the laws of the State of Texas and the United States of America.

6.  Plaintiffs' claims are barred in whole or in part by Plaintiffs' consent, approval, or alternatively, acquiescence with respect to the matters alleged.

7.  Plaintiffs' claims are barred in whole or in part by legal, equitable, quasi and/or judicial estoppel.

8.  Plaintiffs are barred, estopped, and otherwise precluded from some or all of the relief being sought due to their failure to mitigate their damages, if any.

9.  Defendants' investigation of this matter is continuing, and Defendants

reserve the right to assert further affirmative defenses hereafter.

WHEREFORE, Defendants have answered or otherwise responded to Plaintiffs' Original Complaint, Defendants pray that Plaintiffs take nothing by reason of their claims, that all costs be taxed against Plaintiffs, and that this Court award Defendants such other and further relief, at law or in equity, general or special, that it may be justly entitled to receive.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief for General Litigation Division

/s/ Taylor Gifford
TAYLOR GIFFORD
Attorney-in-charge
Texas Bar No. 24027262
Southern District ID No. 3624053
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
taylor.gifford@oag.texas.gov
**ATTORNEYS FOR DEFENDANTS**

18

## **CERTIFICATE OF SERVICE**

I certify that that on January 27, 2023, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Taylor Gifford*
TAYLOR GIFFORD
Assistant Attorney General